IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SATURDAY EVENING POST SOCIETY, INC, Plaintiff, | Civil Action No. 26-cv-1229 |
| v. | (Judge Hornak) |
| SCHEDULE A DEFENDANTS, Defendants. | **FILED UNDER SEAL** |

**[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER CONTINUING THE SHOW CAUSE HEARING, MODIFYING THE BRIEFING SCHEDULE, AND EXTENDING THE TEMPORARY RESTRAINING ORDER**

On this day the Court considered Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order, Continue the Order to Show Cause Hearing, and Modify Schedule. Having reviewed the Motion with supporting legal authority, and the Declaration of Stanley D. Ference III, the same having established that good cause exists for granting Plaintiff's Application, Plaintiff's Application is hereby **GRANTED** as follows (the "Order"):

**ORDER**

A. Defendants are hereby ORDERED to show cause before this Court in the United States District Court for the Western District of Pennsylvania, via Zoom.gov, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania, on the 23D day of July at 2:00p.m. EDT, why a preliminary injunction, pursuant to FRCP 65(a), should not issue. The Temporary Restraining Order shall remain in effect until further Order of this Court. **Defendants**

**are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.**

B. IT IS FURTHER ORDERED that opposing papers, if any, shall be filed electronically with the Court and served on Plaintiff's counsel by delivering copies thereof to the office of Ference & Associates LLC at 409 Broad Street, Pittsburgh, Pennsylvania 15143 at least one business day before the Show Cause Hearing Scheduled above.

C. IT IS FURTHER ORDERED that Plaintiff shall file the supplemental materials set forth in the Order of June 29, 2026 (ECF No. 18) no later than July 20, 2026.

D. IT IS FURTHER ORDERED, after Plaintiffs' counsel has received confirmation from the Third Party Service Providers and Financial Institutions or otherwise, regarding the restraint of funds directed herein, Plaintiffs shall serve copies of the Complaint, the Application, this Order, and any Discovery on each Defendant via their corresponding email/online contact form provided on the Internet based e-commerce stores operating under the respective Seller IDs, or by providing a copy of this order by e-mail to the marketplace platform, which in turn notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court. In addition, Plaintiffs shall post copies of the Complaint, Application, this Order, any Discovery, and all other pleadings and documents filed in this action on a website designated by Plaintiff, and shall provide the website address to Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiffs shall continue to provide notice of these proceedings and copies of the documents on

file in this matter to Defendants by regularly updating the website designated by Plaintiff or by other means reasonably calculated to give notice which is permitted by the Court.

**SO ORDERED.**

SIGNED this 6th day of July ___, 2026, at ~~______ __.m.~~
Pittsburgh, Pennsylvania

Mark R. Hornak
UNITED STATES DISTRICT JUDGE

Entered as of date/time of Electronic docketing.