**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE SATURDAY EVENING POST SOCIETY INC., Plaintiff, v. SCHEDULE A DEFENDANTS, Defendants. | Civil Action No. 26-cv-01229 (Judge Hornak) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 43 | yongjilixinxinxijishuyouxiangongsi |
| 48 | lemoncovermike |
| 50 | *Pixiluv* |
| 107 | NZBZDIY |
| 137 | Fsdva |
| 144 | GARTDIYG |
| 149 | Benefree Trade |
| 159 | JY Home Art |
| 268 | Beautiful poster YY |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading.

Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 9, 2026

/s/ Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff